UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Adesina F. Jaiyeola | : | Case No.: 16-18213-amc |
| Debtor (s) | : | Chapter 13 |

## ORDER

**AND NOW,** this _____ day of _____, 2020, upon consideration of the Motion to Incur New Debt filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to incur new debt to acquire a Small Business Administration Loan.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

Date: _____
**Date: October 28, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge